**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| RACHAEL DANKER, JOHN DOE, JESSE JOHNSON, SAMANTHA JOHNSON, AMANDA JUNGMAN, STEPHANIE NELSON, AUBREY WILHITE, DON WILLIAMS, and JULIE WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF COUNCIL BLUFFS, IOWA, <br><br> Defendant. | Case No. 1:20-cv-16 <br><br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

V. Gene Summerlin, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiffs Rachael Danker, John Doe, Jesse Johnson, Samantha Johnson, Amanda Jungman, Stephanie Nelson, Aubrey Wilhite, Don Williams, and Julie Williams (referred to collectively as "Plaintiffs"). Mr. Summerlin states that he is a member in good standing of the bar of the United States District Court for the District of Nebraska, the United States District Court for the District of Colorado, the Eighth Circuit Court of Appeals, and the United States Supreme Court, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Mr. Summerlin further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Quinn Eaton, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

Dated this 5th day of June 2020.

RACHAEL DANKER, JOHN DOE, JESSE JOHNSON, SAMANTHA JOHNSON, AMANDA

JUNGMAN, STEPHANIE NELSON, AUBREY WILHITE, DON WILLIAMS, and JULIE WILLIAMS, Plaintiffs,

BY:    */s/ Gene Summerlin*
       Gene Summerlin – NE #19611
       (*pro hac vice pending*)
       Kamron Hasan – NE #25494
       (*pro hac vice pending*)
       Quinn R. Eaton – # AT0013543
       HUSCH BLACKWELL, LLP
       13330 California St., Suite 200
       (402) 964-5000
       (402) 964-5050 (fax)
       gene.summerlin@huschblackwell.com
       kamron.hasan@huschblackwell.com
       quinn.eaton@huschblackwell.com